TAM:CAF:al

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE
UNITED STATES OF AMERICA         :   MISC. NO. 4:05-MC-119
EXTRADITION OF
ALEXANDER WINSTON SYLVESTER,     :

　　　　　Defendant

C O M P L A I N T

FILED
SCRANTON
APR 27 2005
PER _____
DEPUTY CLERK

TO THE HONORABLE COURT:

　　　　Christian A. Fisanick, being duly sworn, deposes and states that I am a Criminal Chief and an Assistant United States Attorney for the Middle District of Pennsylvania, and charge, on information and belief, as follows:

　　　　That, in the above matter, I act for and on behalf of the Government of Canada, having been appointed Commissioner on July 22, 2003;

　　　　That, Alexander Winston Sylvester is duly and legally charged with having committed the following crimes:

　　　　1.  On or about the 10th day of November in 1981 in the City of Mississauga, Alexander Winston Sylvester did unlawfully have sexual intercourse with Natalie Foster, a female person who was not his wife, without her consent, contrary to Section 144(a) of the Criminal Code; and unlawfully did have in his possession a weapon, to wit a black handgun, for the purpose of committing the indictable offence of rape, contrary to Section 85 of the Criminal Code.

2. On or about the 12th day of June in 1993, in the Municipality of Metropolitan Toronto, in the Toronto Region, Alexander Winston Sylvester did kidnap Ruby Latty with intent to cause her to be confined against her will, contrary to Section 279(1)(a) of the Criminal Code; assault Ruby Latty with intent to steal from her, contrary to Section 344 of the Criminal Code (robbery); without lawful authority confine Ruby Latty, contrary to Section 279(2) of the Criminal Code; and by word of mouth knowingly utter a threat to Ruby Latty to cause death to Ruby Latty, contrary to Section 264.1(1)(a) of the Criminal Code; and

3. On or about the 23rd day of June in 1993, in the Municipality of Metropolitan Toronto, in the Toronto Region, Alexander Winston Sylvester did, with intent to commit an indictable offense did have his face masked with a handkerchief, contrary to section 351(2) of the Criminal Code; did steal from Gail Canavan the sum of fourteen dollars and a gold necklace with charms while armed with an offensive weapon or imitation of an offensive weapon to wit, a handgun, contrary to Section 344 of the criminal Code(robbery); by word of mouth knowingly utter a threat to Gail Canavan to cause death to Gail Canavan, contrary to Section 264.1(1)(a) of the Criminal Code; without lawful authority confine Gail Canavan, contrary to Section 279(2) of the criminal Cadent by word of mouth knowingly utter a threat to Gail Canavan to cause death to John Canavan, contrary to Section ?? of the criminal Code.

That Alexander Winston Sylvester is duly and legally charged with the aforementioned crimes in violation of the Child

Abduction Act of 1984; of the Canadian Criminal Code, and that a warrant for the arrest of Alexander Winston Sylvester was issued on December 17, 2003, by Justice of the Peace Inderpaul Chandhoke of the Ontario Court of Justice.

The said Alexander Winston Sylvester fled outside the boundaries of Canada and is within the United States, and may be found in a Federal Correctional Institution, U.S. Bureau of Prisons in Allenwood, White Deer, Pennsylvania, within the jurisdiction of this Court;

That the said Alexander Winston Sylvester is a citizen of Jamaica, was born on October 15, 1955, in Jamaica and is described as being a Jamaican, 180 centimeters tall, weighing 75 kilograms, having black hair, brown eyes, medium black complexion, scar over left eye, mustache, goatee, and a scar on his forehead.

That the crimes that Alexander Winston Sylvester is charged with having committed in Canada are among the offenses enumerated in the treaty on extradition between the United States of America and Canada.

That the immediate arrest of Alexander Winston Sylvester is covered under the extradition treaty providing for provisional arrest;

That a regular diplomatic request for the extradition of the said Alexander Winston Sylvester has been made in conformity with said treaty, and the complete papers upon which the demand for

extradition is founded will be presented within 60 days as required by said treaty.

Wherefore, in accordance with the above, your complainant requests extradition of the said Alexander Winston Sylvester.

CHRISTIAN A. FISANICK
Criminal Chief

THOMAS A. MARINO
United States Attorney

Dated: 4-27-05

4

TAM:CAF:al

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE : 
EXTRADITION OF : MISC. NO.
ALEXANDER WINSTON SYLVESTER, :

Defendant

## VERIFICATION

I, Christian A. Fisanick, being first duly sworn, depose and say that I am an Assistant United States Attorney for the Middle District of Pennsylvania, and that the foregoing Complaint is made on the basis of information officially furnished by Canadian authorities and United States diplomatic authorities and upon the basis of such information is true as I verily believe.

CHRISTIAN A. FISANICK
United States Attorney

Subscribed and sworn to before me
this 27th day of April, 2005.

NOTARIAL SEAL
KAREN M. MUSLOSKI, NOTARY PUBLIC
DURYEA BOROUGH, COUNTY OF LUZERNE
MY COMMISSION EXPIRES SEPTEMBER 25, 2006

Notary Public