TAM:CAF:al

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE         :
EXTRADITION OF                    MISC. NO. 4:05-mc-119
ALEXANDER WINSTON SYLVESTER, :

        Defendant

## SEALING ORDER

TO THE CLERK OF COURTS:

IT IS ORDERED that the Clerk of Court provide two (2) certified copies of this Order and the attached documentation to the United States Attorney and, further, that the Clerk of Court keep this Order and all accompanying documents from public view until the Clerk has made appropriate docket entries, after which the Clerk is ordered to seal this Order and all accompanying documents until further Order of the Court.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: April 27, 2005