TAM:CAF:al

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE
UNITED STATES OF AMERICA            :    MISC. NO. 4:05-mc-119
EXTRADITION OF
ALEXANDER WINSTON SYLVESTER,        :

      Defendant

### ORDER FOR WARRANT

NOW, this **29th** day of April, 2005, upon request of Thomas A. Marino, United States Attorney, in and for the Middle District of Pennsylvania, it is hereby,

ORDERED that a warrant be issued for the arrest of the above-named defendant, ALEXANDER WINSTON SYLVESTER, and the Court is authorized and directed to conduct an extradition hearing, under 18 U.S.C. §3184 for the purpose of determining whether defendant shall be extradited to Canada.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serve upon the defendant a certified copy of the Complaint in the above-named case.

_____
UNITED STATES DISTRICT JUDGE