TAM:CAF:al

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES OF AMERICA EXTRADITION OF ALEXANDER WINSTON SYLVESTER | ) CRIMINAL NO. 4:05-00490 ) ) (Judge Jones) |

**REQUEST FOR EXTRADITION AND TEMPORARY SURRENDER**

The Government of the United States of America hereby files its Request for Extradition and Temporary Surrender of Alexander Winston Sylvester along with the formal papers supporting this Request, as required by the 1971 Treaty Between the United States of America and the Government of Canada Concerning Extradition, as amended. The Government of the United States of America hereby requests that Alexander Winston Sylvester be extradited pursuant to Title 18, United States Code, Section 3184.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/ Christian A. Fisanick
_____
CHRISTIAN A. FISANICK
Criminal Chief
Assistant U.S. Attorney
Office of the U.S. Attorney
Room 309, Federal Building
Scranton, Pennsylvania 18501
Phone: (570) 348-2800 - Ext. 263
FAX:   (570) 348-2816
Email: chris.fisanick@usdoj.gov