# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE UNITED STATES | : | No. 4:05-CR-00490 |
| | : | |
| OF AMERICA--EXTRADITION OF | : | (JONES, J.) |
| | : | |
| ALEXANDER WINSTON SYLVESTER | : | **[FILED VIA ECF]** |

## CERTIFICATE RE: NON-CONCURRENCE

The undersigned hereby certifies that Stephen F. Becker, was contacted for concurrence or non-concurrence regarding the filing of the foregoing Motion. Attorney Becker did not concur.

/s/Christian A. Fisanick
CHRISTIAN A. FISANICK
Criminal Chief
Assistant U.S. Attorney
PA ID 40360
Office of the U.S. Attorney
235 N. Washington Ave.
Suite 311 Federal Building
Scranton, Pennsylvania 18501
Phone: (570) 348-2800
FAX:   (570) 348-1908
chris.fisanick@usdoj.gov