## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE UNITED STATES | : | No. 4:05-CR-00490 |
| | : | |
| OF AMERICA--EXTRADITION OF | : | (JONES, J.) |
| | : | |
| ALEXANDER WINSTON SYLVESTER | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this ____ day of _____ 2006, upon consideration of the United States' Motion Requesting Reconsideration of the Court's Order Denying Extradition and Temporary Surrender, the motion is GRANTED and the following relief is ordered:

(1) The Government's request for the extradition and temporary surrender of Alexander Winston Sylvester to Canada is provisionally granted;

(2) Alexander Winston Sylvester's objections to extradition are hereby treated as an application for habeas corpus relief under 18 U.S.C. § 2241 without the need for the filing of a formal application;

(3) Alexander Winston Sylvester's request for relief from extradition under 18

U.S.C. § 2241 is hereby GRANTED for the reasons stated in this Court's February 14, 2006 Order.

**BY THE COURT:**

_____
JOHN E. JONES, JUDGE
United States District Court