**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
240 WEST THIRD STREET - SUITE 406
WILLIAMSPORT, PA 17701

JOHN E. JONES III
JUDGE

TEL. (570) 601-1497
FAX (570) 601-1150

April 24, 2006

Honorable D. Brooks Smith
United States Court of Appeals
Allegheny Professional Center, Suite 203
1798 Old Route 220 North
Duncansville, PA 16635-8341

    **Re:**   USA v. Sylvester
                4:05cr490

Dear Judge Smith:

    I am enclosing for your review and approval CJA 20 vouchers in the above referenced matters payable to Stephen Becker, Esquire in the amount of $2,261.71 and $72.00.

    Kindest regards.

                                        Sincerely yours,

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge

Enclosure